FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FEB 2 7 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

CASE NO. _4:17CV114-KGB_

This case assigned to District Judge _BAKER_    Jury Trial: ☐ Yes ☐ No
and to Magistrate Judge_____DEERE_____    (Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second
blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Dearacpe Ridge/_
      ADC # _____

      Address: _105 west 52 North Little Rock Ark_

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the
second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _North Little Rock Police Department_

      Position: _North Little Rock Law Inforcement_

      Place of employment: _____

      Address: _____

      Name of defendant: _____

      Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ☑

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: _____

_____

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.), explain: *In the process of being arrested*

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes _____   No ✓ *I didn't know about the grievance process procedure*

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? *nor did I have access to the grievance process*

-6-

Yes _____   No ✓

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On Jan 10, 2017 between 11:00 pm 1:00 am my wife calls the North Little Rock Police to my house upon thier arrival I was in my house one officer asked me to come out side I came out side following the police command he handcuffed me and asked me were was the keys I looked back at the police officer and said I have no keys as we approched the police vehicle a black police officer slammed my head down on the police car blackening my eye on the right side of my face while I was already in handcuffs he said stop resisting arrest I said how

-7-

am I resisting arrest in handcuffs he
slammed my head down the second time
while he did that the other officer held the handcuffs
and they got tighter and tighter on my wrist and
the black officer kept his hand on my neck to
wear he bruised the back of my neck as the other
officer kept holding the handcuffs they was so
tight that it gave me carpal tunnel nerve damage
my hand went num they put me in the police car
took me to Little Rock County Jail were I end up on
the floor some how not knowing how I got there
I was unconcocious I got released and the next day
I went to the emergency room were they said that
the police damage my carpal tunnel nerve
and my neck had bruises that gave me pain
that want stop I have been on medicine since
that my doctor Mrs Ross Bullock got me on medication
for pain and nerve damage I have been restless
not able to sleep I do not know the officers
name that used excessive force but it is the
same police that arrested me and took me
to jail that night I have been under going
doctors care sence I have physical bruises
on my left and right wrist from the
cuffs I do have visable injuries as well
as none visual.

VIII.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to make them compensate me for any and all wrong they done to me for and pain and suffering mentally and psochologically.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____

_____
Signature(s) of plaintiff(s)