# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DEWAYNE RIDGEL**                                                                                        **PLAINTIFF**

**v.**                           **Case No. 4:17-cv-00114-KGB**

**NORTH LITTLE ROCK**
**POLICE DEPARTMENT**                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.

So adjudged this the 25th day of March, 2019.

_____
Kristine G. Baker
United States District Judge